NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELECTRONIC SCRIPTING PRODUCTS, INC.,**

*Plaintiff-Appellant*

v.

**HTC AMERICA, INC.,**

*Defendant-Appellee*

---

2022-1544

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-05806-RS, Judge Richard Seeborg.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

May 13, 2022
 Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** May 13, 2022